# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-2369

_____

United States of America,　　　　　　　*
　　　　　　　　　　　　　　　　　　　*
　　　　　　　　Appellee,　　　　　　　*
　　　　　　　　　　　　　　　　　　　*　Appeal from the United States
　　　　v.　　　　　　　　　　　　　　*　District Court for the
　　　　　　　　　　　　　　　　　　　*　District of Minnesota.
Fabian Francisco Spears,　　　　　　　*
　　　　　　　　　　　　　　　　　　　*　[UNPUBLISHED]
　　　　　　　　Appellant.　　　　　　 *

_____

Submitted: November 24, 2010
Filed: December 2, 2010

_____

Before WOLLMAN, MELLOY, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Fabian Francisco Spears appeals the two concurrent 204-month sentences imposed by the district court[1] after he pled guilty to two counts of abusive sexual contact with a child who had not attained the age of 12 years, in violation of 18 U.S.C. §§ 1151, 1153, 2244(a)(5), 2246(3). His counsel has moved to withdraw and has filed a brief under Anders v. California, 386 U.S. 738 (1967), stating that the sentence was greater than necessary.

_____

[1]The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota.

We conclude that the district court committed no procedural error and imposed a substantively reasonable sentence. <u>See</u> <u>Gall v. United States</u>, 552 U.S. 38, 51 (2007) (in reviewing sentence, appellate court first ensures that district court committed no significant procedural error, and then considers substantive reasonableness of sentence under abuse-of-discretion standard; if sentence is within applicable Guidelines range, appellate court may apply presumption of reasonableness); <u>United States v. Haack</u>, 403 F.3d 997, 1004 (8th Cir. 2005) (describing abuse of discretion).

Having reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we find no nonfrivolous issues. Accordingly, we grant counsel's motion to withdraw, and we affirm.

_____